# Exhibit 2

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 93960 | 2/25/2015 | 74964 |
| **Job Date** | **Case No.** ||
| 2/4/2015 | 14-CV-5737 ND IL ||
| **Case Name** |||
| Tech-ni-Fold, Ltd. -v- F.P. Rosback Company |||
| **Payment Terms** |||
| Due upon receipt |||

**PLANET DEPOS**
We Make It Happen » Anywhere
CHICAGO-AREA REALTIME

Barry F. Irwin, Esquire
IRWIN IP LLC
1333 Burr Ridge Parkway
Suite 200
Burr Ridge, IL 60527

EXPEDITED ORIGINAL TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| Graham Michael Harris (FULL) | | | 2,310.80 |
| Attendance | | | 380.00 |
| Rough ASCII | 315.00 | Pages | 393.75 |
| Exhibits | 211.00 | Pages | 73.85 |
| Processing Fee | | | 35.00 |
| Rush Shipping & Handling | | | 40.00 |
| | | **TOTAL DUE >>>** | **$3,233.40** |

436 pages - 5 Day Expedite

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: 446005870679
Wire Routing Number: 026009593
ACH/EFT Routing Number: 052001633
SWIFT Code: BOFAUS3N

For billing questions, please email billing@planetdepos.com or call 888.433.3767
Thank you for your business.

(-) Payments/Credits:  0.00

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Barry F. Irwin, Esquire
IRWIN IP LLC
1333 Burr Ridge Parkway
Suite 200
Burr Ridge, IL 60527

| | | |
|---|---|---|
| Invoice No. | : | 93960 |
| Invoice Date | : | 2/25/2015 |
| **Total Due** | : | **$3,233.40** |

| | | |
|---|---|---|
| Job No. | : | 74964 |
| BU ID | : | 47-CHI-R |
| Case No. | : | 14-CV-5737 ND IL |
| Case Name | : | Tech-ni-Fold, Ltd. -v- F.P. Rosback Company |

Remit To: **Planet Depos, LLC**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD 20850**



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 95156 | 2/25/2015 | 75316 |
| Job Date | Case No. | |
| 2/4/2015 | 14-CV-5737 ND IL | |
| Case Name | | |
| Tech-ni-Fold, Ltd. -v- F.P. Rosback Company | | |
| Payment Terms | | |
| Due upon receipt | | |

Barry F. Irwin, Esquire
IRWIN IP LLC
1333 Burr Ridge Parkway
Suite 200
Burr Ridge, IL  60527

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:

    Graham Michael Harris

        Two Hour Minimum                                                                                  325.00

        Subsequent Hours                                                 7.50  Hours         937.50

        Synchronization                                                        7.00  Hours         350.00

**TOTAL DUE >>>**          **$1,612.50**

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: 446005870679
Wire Routing Number: 026009593
ACH/EFT Routing Number: 052001633
SWIFT Code: BOFAUS3N

For billing questions, please email billing@planetdepos.com or call 888.433.3767
Thank you for your business.

                                                                                (-) Payments/Credits:         0.00
                                                                                (+) Finance Charges/Debits:    0.00
                                                                                (=) New Balance:         **$1,612.50**

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Barry F. Irwin, Esquire
IRWIN IP LLC
1333 Burr Ridge Parkway
Suite 200
Burr Ridge, IL  60527

Invoice No.     :  95156
Invoice Date    :  2/25/2015
**Total Due**   :  **$1,612.50**

Job No.     :  75316
BU ID       :  48-CHI-V
Case No.    :  14-CV-5737 ND IL
Case Name   :  Tech-ni-Fold, Ltd. -v- F.P. Rosback Company

Remit To:   **Planet Depos, LLC**
                **405 East Gude Drive**
                **Suite 209**
                **Rockville, MD  20850**