# Exhibit 4



# Invoice

Number 18381
Date 3/31/2014

**Bill To**
Tammy St.Clair
Botkin & Hall LLP
105 E. Jefferson Blvd.
South Bend, IN, 46601
USA

**Ship To**
Tammy St.Clair
Botkin & Hall LLP
105 E. Jefferson Blvd.
South Bend, IN, 46601
USA

| Contact | Docket / Reference | Attorney |
|---|---|---|
| Tammy | 2301-004.001 | |

| Description | Price | Discount | Amount |
|---|---|---|---|
| Copy of Patent File history 6,572,519 | $132.00 | 0% | $132.00 |
| 24 US Patent References | $72.00 | | $72.00 |

Special rate and discount applied

Thank you for your order!

| Discount | $0.00 |
|---|---|
| Shipping fees | $0.00 |

Please pay invoice(s) within 30 days. Payments can be made with check or credit card.

Questions regarding your invoice please contact Thomas Lupo at 800-741-3117

DPS Fed Tax ID# 26-4784425

| Total | $204.00 |
|---|---|